NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3236

ELENA A. LOUCKS,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Petition for review of the Merit Systems Protection Board
in SF315H090170-I-1.

ON MOTION

Before GAJARSA, Circuit Judge.

ORDER

Upon consideration of Elena A. Loucks' motions to reconsider this court's order reforming the caption to designate the Merit Systems Protection Board as the respondent,

IT IS ORDERED THAT:

The motions are denied.

FOR THE COURT

NOV 12 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Elena A. Loucks
Dana DeLorenzo, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 12 2009

JAN HORBALY
CLERK